IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| **Cecilee Miller,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | ) Case No. 11-5085-CV-SW-JTM |
| | ) |
| **Michael J. Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pursuant to *Plaintiff's Motion to Voluntarily Dismiss Without Prejudice,* filed January 25, 2012 [Doc 10] and no objection having been posed by the defendant, it is

**ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

　　　　　　　　　　　　　　　　　　*/s/ John T. Maughmer*
　　　　　　　　　　　　　　　　　　**JOHN T. MAUGHMER**
　　　　　　　　　　　　　　　　　　**U. S. MAGISTRATE JUDGE**